# EXHIBIT "A"

## "Application For Admission Pro Hac Vice"

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

RECEIVED CLERK
OCT 0 3 2012
U.S. DISTRICT COURT

Name of Attorney:   Raymond Mansolillo            Telephone   617-342-7181
Firm Name:          Coloian Mansolillo LLC
Business Address:   101 Federal Street
                    Suite 1900
                    Boston, MA   02210

Current bar memberships and date of admission:

| Jurisdiction | Bar Number | | |
|---|---|---|---|
| State of Massachusetts | 663987 | Admitted on | December 2005 |
| US CT of Appeals 1st Cir. | 115867 | Admitted on | June 2006 |
| US CT of Appeals 2nd Cir. | 07-189385 | Admitted on | September 2007 |
| US CT of Appeals 9th Cir. | 83659 | Admitted on | May 8, 2007 |
| US District CT, DIS. Of MA | | Admitted on | June, 2006 |
| US CT of Appeals, Federal Cir. | | Admitted on | June 2006 |
| US Supreme Court | | Admitted on | March 24, 2009 |
| Iowa State Bar | | Admitted on | February 2012 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
__X__ No            ____ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:            __X__ none

Case Name: _____
Case Number: _____
Admission Date: _____

(Attach list of other cases separately if more space is needed.)

   I certify that I am a member in good standing of all bars to which I have been admitted.  This certification that the foregoing is true and correct is made under penalty of perjury .

_____            10/2/12
Signature                             Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee.   All other attorneys must pay a fee of $15.00 concurrent with this application.  This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

   If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.